Joel E. Tasca
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail: tasca@ballardspahr.com

*Attorneys for Defendant Cashnet USA*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LOREN K. MAURINA,<br><br>Plaintiff,<br><br>v.<br><br>CASHNET USA,<br><br>Defendant. | CASE NO. 2:19-cv-00688-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR CASHNET USA TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

Cashnet USA, ("Cashnet") and Plaintiff Loren K. Maurina ("Plaintiff") previously stipulated that that Cashnet had up to and including July 8, 2019 to respond to Plaintiff's Complaint. This Court Granted that Stipulation.

Cashnet and Plaintiff agree that Cashnet has up to and including July 22, 2019 to respond to Plaintiff's Complaint, to provide time for the parties to continue to investigate Plaintiff's allegations and discuss potential resolution and, if needed, for Cashnet to prepare a response.

/ / /

/ / /

/ / /

1    This is the second request for an extension, and it is made in good faith and not
2    for purposes of delay.
3       DATED this 8th day of July, 2019

| BALLARD SPAHR LLP | HAINES & KRIEGER, LLC |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ David H. Krieger<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Ave., Suite 350<br>Las Vegas, Nevada 89123 |
| *Defendant Cashnet USA* | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 11, 2019