Joel E. Tasca
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail: tasca@ballardspahr.com

*Attorneys for Defendant Cashnet USA*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LOREN K. MAURINA,<br><br>Plaintiff,<br><br>v.<br><br>CASHNET USA,<br><br>Defendant. | CASE NO. 2:19-cv-00688-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR CASHNET USA TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Third Request)** |

Cashnet USA, ("Cashnet") and Plaintiff Loren K. Maurina's ("Plaintiff") agree that Cashnet has up to and including August 5, 2019, to respond to Plaintiff's Complaint, to provide time for the parties to continue to investigate Plaintiff's allegations and discuss potential resolution and, if needed, for Cashnet to prepare a response.

This is the third request for an extension, and it is made in good faith and not for purposes of delay.

*[Signature page follows.]*

DATED this 19th day of July, 2019.

BALLARD SPAHR LLP                          HAINES & KRIEGER, LLC

By:  /s/ Joel E. Tasca                      By:  /s/ David H. Krieger
Joel E. Tasca, Esq.                         David H. Krieger, Esq.
Nevada Bar No. 14124                        Nevada Bar No. 9086
1980 Festival Plaza Drive, Suite 900        8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89135                     Las Vegas, Nevada 89123

*Attorneys for Defendant Cashnet USA*       *Attorneys for Plaintiff*


**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  July 23, 2019