Joel E. Tasca
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail: tasca@ballardspahr.com

*Attorneys for Defendant Cashnet USA*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LOREN K. MAURINA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CASHNET USA,<br><br>　　　　Defendant. | CASE NO. 2:19-cv-00688-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR CASHNET USA TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Sixth Request)** |

　　　　Cashnet USA, ("Cashnet") and Plaintiff Loren K. Maurina's ("Plaintiff") agree that Cashnet has up to and including October 9, 2019 to respond to Plaintiff's Complaint. The parties believe they have reached resolution of this matter and that Cashnet's response to the Complaint will not be required. Final resolution, however, requires Cashnet to provide certain information to Plaintiff, which Cashnet is currently gathering and preparing.

[Continued On Next Page]

This is the sixth request for an extension, and it is made in good faith and not for purposes of delay.

DATED this 9th day of September, 2019.

| BALLARD SPAHR LLP | HAINES & KRIEGER, LLC |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ David H. Krieger<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Ave., Suite 350<br>Las Vegas, Nevada 89123 |
| *Defendant Cashnet USA* | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 11, 2019